CONSTANCE L. AKRIDGE, ESQ.
NEVADA BAR NO. 003353
MATTHEW T. MILONE, ESQ.
NEVADA BAR NO. 007448
JONES VARGAS
3773 Howard Hughes Pkwy.
3rd Floor South
Las Vegas, Nevada 89169
(702) 862-3300
(702) 734-2722 (f)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DRINDA ECKERT, JERRY LEE ECKERT,

    Plaintiffs,

vs.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, d/b/a ANTHEM BLUE CROSS BLUE SHIELD, DOES I through X ROE CORPORATIONS DOES I through X,

    Defendants.

Case No.: 2:09-cv-01287-KJD-GWF

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiffs Drinda Eckert and Jerry Lee Eckert ("Plaintiffs") and Defendant Rocky Mountain Hospital and Medical Service, Inc., d/b/a Anthem Blue Cross and Blue Shield ("Rocky Mountain") (collectively the "Parties"), by their attorneys hereby stipulate that:

1. The Parties have resolved all differences between them pursuant to the terms of a confidential settlement agreement agreed to by and between the Parties;

2. The above captioned case should be dismissed with prejudice; and

///

///

///

3. Each party is to bear its own fees and costs.

APPROVED AS TO FORM AND CONTENT:

**GILLOCK, MARKELY & KILLEBREW**

By: /s/ Gerald I. Gillock          DATED August 6, 2010
    Gerald I. Gillock, Esq.
    Nia C. Killebrew, Esq.
    428 So. Fourth Street
    Las Vegas, NV 89101

**JONES VARGAS**

By: /s/ Matthew T. Milone          DATED August 6, 2010
    Matthew T. Milone, Esq.
    3773 Howard Hughes Pkwy.
    3rd Floor So.
    Las Vegas, NV 89169

### ORDER

IT IS SO ORDERED this 9 date of August 2010.

_____
UNITED STATES DISTRICT JUDGE